IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENA SERVED ON CLARK REALTY CAPITAL, L.L.C. | Misc. Action No. 1:23-cv-00049<br><br>Related to Case No. 1:19-cv-09193 (PGG) (SLC), pending in the United States District Court for the Southern District of New York) |

## [PROPOSED] ORDER

Upon consideration of Jefferies Mortgage Finance, Inc., Jefferies & Company, Inc., Jefferies LLC, and Jefferies Group LLC (the "Jefferies Entities") Motion to Compel Clark Realty Capital, LLC's ("Clark") Compliance with a Deposition Subpoena (the "Motion"), filed May 11, 2023, and the Court, having reviewed the Motion, including the Declaration of Michael P. Jones and the Memorandum of Law filed in support, and having reviewed Clark's Memorandum of Points and Authorities in Opposition to the Motion, and being otherwise fully advised, it is hereby:

**ORDERED** that the Motion is **DENIED** for the following reasons:

1.  The Jeffries' Entities failed to provide reasonable notice for the subject deposition in violation of Federal Rule of Civil Procedure 30(b)(1) and Local Civil Rule 30.1.

2.  The Jeffries' Entities failed to confer on the Motion in the manner required by Local Civil Rule 7(m).

It is further **ORDERED** that counsel for the Jefferies Entities shall review and comply with the Local Civil Rules of this Court before filing subsequent papers relevant to this dispute.

1

SO ORDERED this \_\_\_\_ day of _____, 2023.

_____
United States District Judge

Attorneys to be notified:

CORDATIS LLP
Joshua Schnell
1011 Arlington Boulevard, Suite 375
Arlington, VA 22209
Telephone: 202-342-2550
Fax: 202-342-6147
Email: JSchnell@cordatislaw.com

HERBERT SMITH FREEHILLS NEW YORK LLP
Scott S. Balber
Michael P. Jones
450 Lexington Avenue
New York, New York 10017
Tel: (917) 542-7600
Fax: (917) 542-7601
Email: Scott.Balber@hsf.com
Email: Michael.Jones@hsf.com

*Attorneys for Defendants*
*Jefferies Mortgage Finance, Inc.,*
*Jefferies & Company, Inc.,*
*Jefferies LLC, and Jefferies Group LLC*

CLARE LOCKE LLP
Shannon B. Timmann
Daniel P. Watkins
10 Prince Street
Alexandria, VA 22314
(202) 628-7400
Email: shannon@clarelocke.com
Email: daniel@clarelocke.com

*Attorneys for Clark Realty Capital LLC*